# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

154975-6

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROBERT G. FLORIAN,
      Plaintiff-Appellee,

v

GARY GRIMM, d/b/a G & G LOGGING, LLC,
and TRAVELERS INDEMNITY COMPANY,
      Defendants-Appellees,
and

SILICOSIS, DUST DISEASE & LOGGING
INDUSTRY COMPENSATION FUND,
      Defendant-Appellant.

SC: 154975-6
COA: 328451
MCAC: 12-000124

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017



t0411

Clerk